In re Sims, Gary Vann; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of Claiborne, 2nd Judicial District Court, Div. “C”, No. 16,218KH; to the Court of Appeal, Second Circuit, No. 30883-KH.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State ex rel. Stepter v. Whitley, 93-2346 (La.10/13/95), 661 So.2d 480. La. C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
VICTORY, J., not on panel.